UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:25-CR-246-D-BM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | INFORMATION AND NOTICE OF |
| v. | ) | INTENT TO SEEK ENHANCED |
| | ) | PENALTY PURSUANT TO |
| JOSEPH TYRE CUMBERLANDER | ) | 21 U.S.C. § 851 |
| | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby files this Information and Notice of Intent to Seek an Enhanced Penalty pursuant to Title 21, United States Code, Section 851, as required before trial or entry of a plea of guilty. This notice advises the Court and Defendant Joseph Tyre Cumberlander that, as to Count Two of the Indictment, the Defendant faces enhanced punishment under Title 21, United States Code, Section 841(b), based upon a prior conviction for a felony drug offense. This is the first such notice filed in this matter. The Defendant's felony drug conviction is as follows:

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

1. On January 8, 2025, in Wake County District Court, Raleigh North Carolina (Case No. 24CR279841-910-2), the Defendant was convicted of Possession with Intent to Sell and Deliver (PWISD) Cocaine, a Schedule II Controlled Substance. A copy of the Transcript of Plea and Judgment is attached as Exhibit 1.

Respectfully submitted, this 26th day of March, 2026.

W. Ellis Boyle
United States Attorney

BY:*/s/ William Van Trigt*
WILLIAM VAN TRIGT
Assistant United States Attorney
Criminal Division
300 North Third Street, Suite 120
Wilmington, NC 28401
Telephone: (919) 892-4071
William.Van.Trigt@usdoj.gov
NC Bar No. 46468

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this 26th day of March 2026, served a copy of the foregoing Government's Information and Notice upon the defendant Joseph Tyre Cumberlander by electronically filing the foregoing with the Clerk of court using the CM/ECF system which will send notification to:

Edward D. Gray
Federal Public Defender's Office
150 Fayetteville Street, Suite 450
Raleigh, NC 27601

BY:*/s/ William Van Trigt*
WILLIAM VAN TRIGT
Assistant United States Attorney
Criminal Division
300 North Third Street, Suite 120
Wilmington, NC 28401
Telephone: (919) 892-4071
William.Van.Trigt@usdoj.gov
NC Bar No. 46468