# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH, NORTH CAROLINA

## THE HONORABLE JAMES C. DEVER III
## UNITED STATES DISTRICT JUDGE PRESIDING

Motions to continue, either by attorneys or the United States Probation Office, are to be submitted to the court at least five (5) business days prior to the beginning of a session, absent exigent circumstances. Motions to continue filed after the deadline will **not** be considered until counsel appears for the hearing at the scheduled date and time.

## CELL PHONES ARE PROHIBITED IN THE COURTROOM.

## CRIMINAL SESSION COMMENCING ON
## June 8th Term for 2026

**Please notify the Clerk's Office if an interpreter is required and has not been noted on the calendar.**

**TUESDAY, JUNE 16, 2026 AT 9:00AM**
**SENTENCING**
**Lopez-Gomez,** Roberto
**AUSA**: Lori B. Warlick / Scott A. Lemmon
**ATTY**: Nardine Mary Guirguis / Robert Earl Waters

5:23-CR-00133-4-D
*Interpreter Needed

**TUESDAY, JUNE 16, 2026 AT 9:00AM**
**REVOCATION FOR SUPERVISED RELEASE HEARING**
**Lopez-Gomez,** Roberto
**AUSA**: Lori B. Warlick
**ATTY**: Nardine Mary Guirguis/ Robert Earl Waters

5:14-CR-00234-1-D
*Interpreter Needed

**TUESDAY, JUNE 16, 2026 AT 9:00AM**
**SENTENCING**
**Romero-Castillo,** Margarito
**AUSA**: Lori B. Warlick
**ATTY**: Sebastian Kielmanovich

5:26-CR-00002-1-D
*Interpreter Needed

**TUESDAY, JUNE 16, 2026 AT 9:00AM**
**SENTENCING**
**Clark,** Alaric Jermaine
**AUSA**: John P Newby                                                  4:25-CR-00032-1-D
**ATTY**: Edward D. Gray


**TUESDAY, JUNE 16, 2026 AT 9:00AM**
**SENTENCING**
**Brooks,** Jonothan
**AUSA**: Kimberly Dixon                                                5:23-CR-00134-19-D
**ATTY**: Scott L. Wilkinson


**TUESDAY, JUNE 16, 2026 AT 1:00PM**
**SENTENCING**
**Peppers,** Ernest Eley
**AUSA**: Karen K. Haughton                                            5:25-CR-00093-1-D
**ATTY**: Edward D. Gray


**TUESDAY, JUNE 16, 2026 AT 1:00PM**
**SENTENCING**
**Mayes,** David Leonard
**AUSA**: Ashley H Foxx                                                 7:22-CR-00074-1-D
**ATTY**: Edward D. Gray / Diana Helene Pereira


**WEDNESDAY, JUNE 17, 2026 AT 9:00AM**
**SENTENCING**
**Rivadeneyradina,** Carlos Miguel
**AUSA**: Alison Nicole Lester                                          7:25-CR-00124-1-D
**ATTY**: Snayha M. Nath


**WEDNESDAY, JUNE 17, 2026 AT 9:00AM**
**REVOCATION FOR SUPERVISED RELEASE HEARING**
**Britt,** Shannon Montess
**AUSA**:  Timothy Severo                                               2:13-CR-00018-1-D
**ATTY**:  Cindy Bembry Johnson

**WEDNESDAY, JUNE 17, 2026** <mark>**AT 1:00PM**</mark>
**REVOCATION FOR SUPERVISED RELEASE HEARING**
**Melvin**, Dewayne Cornelius
**AUSA**: Jennifer C. Nucci                                    5:08-CR-00164-1-D
**ATTY**: Cindy Bembry Johnson


**WEDNESDAY, JUNE 17, 2026 AT 1:00PM**
**REVOCATION FOR SUPERVISED RELEASE HEARING**
**Williams,** Brandon Michael
**AUSA**: Kristine Louise Fritz                                5:15-CR-00125-1-D
**ATTY**: Cindy Bembry Johnson


**WEDNESDAY, JUNE 17, 2026 AT 1:00PM**
**REVOCATION FOR SUPERVISED RELEASE HEARING**
**Jones**, Tyler
**AUSA**: John P Newby                                         5:16-CR-00203-2-D
**ATTY**: Cindy Bembry Johnson


**WEDNESDAY, JUNE 17, 2026 AT 1:00PM**
**REVOCATION FOR SUPERVISED RELEASE HEARING**
**Richardson**, Anthony Lee
**AUSA**: Logan Liles                                          5:20-CR-00158-1-D
**ATTY**: Cindy Helene Popkin-Bradley


<mark>**THURSDAY, JUNE 18, 2026 AT 9:00AM**</mark>
**REVOCATION FOR SUPERVISED RELEASE HEARING**
**Speight Jr.** , Jimmy
**AUSA**: Kristine Louise Fritz                                5:21-CR-00242-1-D
**ATTY**: Cindy Bembry Johnson


**THURSDAY, JUNE 18, 2026 AT 9:00AM**
**REVOCATION FOR SUPERVISED RELEASE HEARING**
**Poplawski**, Sean
**AUSA**: Kristine Louise Fritz                                7:14-CR-00094-1-D
**ATTY**: Cindy Bembry Johnson

**THURSDAY, JUNE 18, 2026 AT 9:00AM**
**REVOCATION FOR SUPERVISED RELEASE HEARING**
**Nickerson,** Glenn
**AUSA**: Kristine Louise Fritz                                      5:20-CR-00313-1-D
**ATTY**: Cindy Bembry Johnson


**THURSDAY, JUNE 18, 2026 AT 9:00AM**
**REVOCATION FOR SUPERVISED RELEASE HEARING**
**Bennett,** Travis D.
**AUSA:** Kimberly Whitehurst                                      4:26-CR-00011-1-D
**ATTY:** Cindy Bembry Johnson


**THURSDAY, JUNE 18, 2026 AT 9:00AM**
**REVOCATION FOR SUPERVISED RELEASE HEARING**
**Wood,** Linwood Clifton
**AUSA**: Jennifer May-Parker                                      2:11-CR-00036-1-D
**ATTY**: Cindy Bembry Johnson


**THURSDAY, JUNE 18, 2026 AT 9:00AM**
**REVOCATION FOR SUPERVISED RELEASE HEARING**
**Moore,** Terrale
**AUSA**: Jennifer C. Nucci                                      4:22-CR-00035-1-D
**ATTY**: Cindy Bembry Johnson


**THURSDAY, JUNE 18, 2026 AT 9:00AM**
**REVOCATION FOR SUPERVISED RELEASE HEARING**
**Hocutt,** Timothy Levelle
**AUSA**: Charles Edward Loeser                                      5:14-CR-00245-1-D
**ATTY**: Cindy Bembry Johnson


**THURSDAY, JUNE 18, 2026 AT 9:00AM**
**REVOCATION FOR SUPERVISED RELEASE HEARING**
**Swindell,** Joel Dajuan
**AUSA**: Jaren E. Kelly                                      4:21-CR-00028-1-D
**ATTY**: Hayes S. Ludlum

**THURSDAY, JUNE 18, 2026 <mark>AT 1:00PM</mark>**
**PRE-TRIAL CONFERENCE**
**Cumberlander**, Joseph Tyre
**AUSA**: William B Van Trigt                                     5:25-CR-00246-1-D
**ATTY**: Edward D. Gray


**THURSDAY, JUNE 18, 2026 <mark>AT 2:00PM</mark>**
**RE-SENTENCING**
**McMikle**, Kyle Jason
**AUSA**: Charles Edward Loeser                                  5:24-CR-00167-1-D
**ATTY**: Rudolph A. Ashton III


**THURSDAY, JUNE 18, 2026 AT 2:00PM**
**REVOCATION FOR SUPERVISED RELEASE HEARING**
**Dixon III** , Jesse Lee
**AUSA**: John P Newby                                           5:19-CR-00410-1-D
**ATTY**: Cindy Bembry Johnson


**THURSDAY, JUNE 18, 2026 AT 2:00PM**
**REVOCATION FOR SUPERVISED RELEASE HEARING**
**Vaught**, Lewellyn Terrell
**AUSA**: Jennifer C. Nucci                                      7:10-CR-00075-2-D
**ATTY**: Cindy Bembry Johnson


**THURSDAY, JUNE 18, 2026 AT 2:00PM**
**REVOCATION FOR SUPERVISED RELEASE HEARING**
**Greene**, Anthony Tyrone
**AUSA**: Kimberly Dixon                                         7:18-CR-00027-1-D
**ATTY**: Cindy Bembry Johnson


**THURSDAY, JUNE 18, 2026 AT 2:00PM**
**REVOCATION FOR SUPERVISED RELEASE HEARING**
**White**, Richard Trey
**AUSA**:                                                        5:24-CR-00371-D &
**ATTY**:  Susanna Henry                                         5:24-CR-00372-D