IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:25-CR-246-D-BM

UNITED STATES OF AMERICA

v.

JOSEPH TYRE CUMBERLANDER

**ORDER TO SEAL**

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 47

be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Motion and a

signed copy of the Order to the United States Attorney's Office and to Counsel for

Defendant.

IT IS SO ORDERED, this the 18 day of June, 2026.

JAMES C. DEVER, III
United States District Judge