UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-246-D-BM-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH TYRE CUMBERLANDER | ORDER |

On motion of the Defendant, Joseph Tyre Cumberlander, and for good cause shown, it is hereby ORDERED that the document at Docket Entry #72 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

SO ORDERED. This 18 day of September, 2026.

J. Dever
James C. Dever III
United States District Judge